

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

Appellant's Motion for Leave to File Post-Remand Memorandum of Law is GRANTED. Appellant's request that this appeal be submitted for oral argument is DENIED.

It is so **ORDERED** on the 11th day of March, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court